KENDALL BRILL & KELLY LLP
Bert H. Deixler (70614)
  bdeixler@kbkfirm.com
Nicholas F. Daum (236155)
  ndaum@kbkfirm.com
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: 310.556.2700
Facsimile:  310.556.2705

Attorneys for Plaintiff The Regents of the University of California

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, ON BEHALF OF THE DEPARTMENT OF INTERCOLLEGIATE ATHLETICS ON ITS LOS ANGELES CAMPUS,<br><br>Plaintiff,<br><br>v.<br><br>UNDER ARMOUR, INC.,<br><br>Defendant. | Case No. 2:20-cv-07798<br><br>**NOTICE OF VOLUNTARY DISMISSAL (F.R.C.P. 41(a)(1)(A)(i)) TO PURSUE STATE COURT ACTION** |

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

603258035.1

1

NOTICE OF VOLUNTARY DISMISSAL

1   TO THE COURT, ALL PARTIES, AND THEIR COUNSEL:

2   Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff The Regents of the University of California, on behalf of the Department of Intercollegiate Athletics on its Los Angeles Campus voluntarily dismisses this lawsuit, solely for jurisdictional reasons while pursuing an action in California state court. Such dismissal shall be without prejudice.

DATED: September 8, 2020          KENDALL BRILL & KELLY LLP

By:       /s/ Bert H. Deixler
          Bert H. Deixler (70614)
            bdeixler@kbkfirm.com
          Nicholas F. Daum (236155)
            ndaum@kbkfirm.com
          10100 Santa Monica Blvd., Suite 1725
          Los Angeles, California 90067
          Telephone: 310.556.2700
          Facsimile:   310.556.2705

          Attorneys for Plaintiff The Regents of the University of California, on behalf of the Department of Intercollegiate Athletics on its Los Angeles Campus

603258035.1

2

NOTICE OF VOLUNTARY DISMISSAL

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 10100 Santa Monica Blvd., Suite 1725, Los Angeles, CA 90067.

On September 8, 2020, I served true copies of the following document(s) described as **NOTICE OF VOLUNTARY DISMISSAL (F.R.C.P. 41(a)(1)(A)(i)) TO PURSUE STATE COURT ACTION** on the interested parties in this action as follows:

CT Corp.
818 West 7th St., Ste 930
Los Angeles, CA 90017

**BY MAIL:** I enclosed the document(s) in a sealed envelope addressed to each interested party at the address indicated above or on the attached service list. I placed each such envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Kendall Brill & Kelly LLP's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 8, 2020, at Los Angeles, California.

_Patricia S. Perelló_
Patricia S. Perelló

603258035.1

3

NOTICE OF VOLUNTARY DISMISSAL